IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-207-MOC-DCK

| | |
|---|---|
| DELORES RAMOS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AMERICAN AIRLINES, INC.; AMERICAN EAGLE AIRLINES, INC.; CHARLOTTE SKYCAP SERVICE, INC.; And JOHN DOE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) concerning Gregory M. Palmer, filed September 23, 2011. Mr. Palmer seeks to appear as counsel *pro hac vice* for Defendant American Airlines, Inc. and American Eagle Airlines, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Palmer is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant American Airlines, Inc. and American Eagle Airlines, Inc.

Signed: September 26, 2011

David C. Keesler
United States Magistrate Judge