# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Delores Ramos,

                Plaintiffs,                         JUDGMENT IN A CIVIL CASE

vs.                                        3:11-cv-207-MOC

American Airlines, Inc., et al.,

                Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 25, 2011 Order.

                        Signed: October 25, 2011

                        Frank G. Johns, Clerk
                        United States District Court