# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Delores Ramos,

    Plaintiffs,

vs.

American Airlines, Inc., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:11-cv-207-MOC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 25, 2011 Order.

    Signed: October 25, 2011

Frank G. Johns, Clerk
United States District Court